# Obuchowski Law Office
## ATTORNEYS AT LAW

Mailing:  P.O. Box 60, Bethel, VT  05032
Physical:  1542 Route 107, Royalton, VT
Telephone:  (802) 234-6244
Telefax:  (802) 234-6245

Website:  www.oeblaw.com

Raymond J. Obuchowski
*ray@oeblaw.com*

December 4, 2024

Lisa M. Penpraze
Assistant United States Trustee
Office of the United States Trustee
11A Clinton Ave., Room 620
Albany, NY 12207

      RE:    DANIEL BANYAI
                 CASE NO. 24-10242

Dear Lisa:

    Regretfully I must decline appointment in the above-reference case. The Debtor has indicated to his Counsel that he believes that he had substantive consultation with my office. As to avoid any question of impartiality or conflict, or even the slightest appearance of any conflict, I feel declination is required.

    If you need anything further, please let me know.

                                        Sincerely,

                                        Raymond J. Obuchowski

cc: Clerk, US Bankruptcy Court