*Formatted for Electronic Distribution*                                 *Not for Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

Filed & Entered
On Docket
05/22/2025

**In re:**

    **Daniel S. Banyai,**                                Case # 24-10242
            **Debtor.**                                         Chapter 7

*Appearances:*

| | |
|---|---|
| *Michael Brian Fisher, Esq* | *Paul A. Levine, Esq.* |
| *Fisher Law Offices, PLLC* | *Albany, New York* |
| *Hanover, New Hampshire* | *Chapter 7 Trustee* |
| *For the Debtor* | |

*Merrill E. Bent, Esq.*
*Woolmington, Campbell, Bent & Stasny, P.C.*
*Manchester Center, Vermont*
*For the Town of Pawlet*

## ORDER
## DENYING DEBTOR'S MOTION TO AVOID LIEN

      For the reasons set forth in the Memorandum of Decision of even date, Debtor's Motion to Avoid the Judicial Lien of the Town of Pawlet Pursuant to 11 U.S.C. §522(f)(2) [ECF 7] is DENIED.

|  |  |
|---|---|
| | *Heather Z. Cooper* (signature) |
| May 22, 2025 | Heather Z. Cooper |
| Burlington, Vermont | United States Bankruptcy Judge |

1